```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/29/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVON DAVIS,

            Plaintiff,

-against-

JOHN DOE #1, et al.,

            Defendants.

21 Civ. 8451 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 25, of the Honorable Barbara C. Moses, the Court reviewed the R&R for clear error and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014); *see also Thomas v. Shaver*, No. 07 Civ. 3048, 2009 WL 935706, at *1 (E.D.N.Y. Apr. 7, 2009).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, this action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

    The Clerk of Court is directed to close the case and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: September 29, 2022
        New York, New York

                                               ANALISA TORRES
                                       United States District Judge